# United States Court of Appeals for the Federal Circuit

---

July 12, 2024

**ERRATUM**

---

Appeal No. 2024-1066

**ANGELA GOLDMAN SELBY,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

On page 5, line 25, "35" has been changed to --38--.